

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-21-00558-CV

**IN RE** Rogelio **LOPEZ**, Jr., Relator

Original Proceeding

PER CURIAM

Sitting:      Luz Elena D. Chapa, Justice
              Beth Watkins, Justice
              Liza A. Rodriguez, Justice

Delivered and Filed: December 22, 2022

PETITION FOR WRIT OF MANDAMUS DENIED

Relator Rogelio Lopez, Jr., Bexar County Justice of the Peace, Precinct 4, Place 1 petitions this court for a writ of mandamus. After considering the petition, the appendix, and the responses from respondent Monica Alcantara and real party in interest Michele Carey Garcia, this court concludes relator has not shown himself to be entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM